# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**MARY BEARDSLEY,**
           **Plaintiff,**

           **v.**                                    **Case No. 15-C-844**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
                **Defendant.**

## ORDER

Plaintiff Mary Beardsley seeks judicial review of a decision by the Commissioner of the Social Security Administration denying her application for disability benefits. Pursuant to 28 U.S.C. § 1914(a), a plaintiff must pay a filing fee to bring an action in federal court, but plaintiff requests leave to proceed in forma pauperis. Under 28 U.S.C. § 1915(a)(1), an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress."

Plaintiff has filed the required affidavit, and on review I am satisfied that she meets the requirements of § 1915(a)(1). Plaintiff's income is limited to child support, alimony, and public assistance, which is more than subsumed by monthly expenses; her parents assist with gas and food. Plaintiff owns a 10 year old car and co-owns a home with her ex-husband, but she has no cash on hand or other valuable property. Finally, plaintiff indicates that she believes she is entitled to the relief sought in the complaint, and on review of the complaint I am unable to determine that the action is frivolous or that the complaint fails to state a claim.

**THEREFORE, IT IS ORDERED** that plaintiff's petition to proceed in forma pauperis (R. 2) is **GRANTED**. The file will be returned to the Clerk of Courts for service on defendant.

Plaintiff is advised to provide defendant or her counsel with copies of all future motions or papers filed by plaintiff in this action.

Dated at Milwaukee, Wisconsin this 16th day of July, 2015.

/s Lynn Adelman
LYNN ADELMAN
District Judge